PAUL DADDONA ET AL. *v.* ZONING BOARD OF APPEALS
OF THE CITY OF STAMFORD

It appearing that the plaintiffs in the above-entitled case have failed to prosecute their appeal from the Court of Common Pleas in Fairfield County at Stamford with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Milton Turkel,* for the appellants (plaintiffs).

*Theodore Godlin,* for the appellee (defendant).

Argued November 1—decided November 1, 1966

FRANK GAMBESKI *v.* ZONING BOARD OF APPEALS OF
THE TOWN OF HAMDEN

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Court of Common Pleas in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Dennis N. Garvey,* for the appellant (plaintiff).

*Robert Carangelo,* assistant town counsel, for the appellee (defendant).

Argued November 1—decided November 1, 1966

LUIGI GAGLIARDI ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF HAMDEN ET AL.

It appearing that the defendants in the above-entitled case have failed to prosecute their appeal from the Court of Common Pleas in New Haven County with proper diligence, it is, under Practice